## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

**BROOKE WILSON,**

        **Plaintiff,**

    **vs.**

**CITY OF COLUMBUS,**

        **Defendant.**

        **Case No. 2:22-cv-4427**

        **Judge Michael H. Watson**

        **Magistrate Judge Elizabeth P. Deavers**

## NOTICE OF FILING DEPOSITION TRANSCRIPT
## & DEPOSITION EXHIBITS OF NED PETTUS

Plaintiff, Brooke Wilson, by and through counsel, hereby gives notice of the filing of the

deposition transcript and deposition exhibits of Ned Pettus, taken April 10, 2025.

Respectfully submitted,

/s/ Judith E. Galeano
Judith E. Galeano (0048366) Trial Attorney
Barbara K. Letcher (0046948) (Of Counsel)
Mowery Youell & Galeano, Ltd.
485 Metro Place South, Suite 220
Dublin, Ohio 43017
Telephone: (614) 764-1444
Facsimile: (614) 760-8654
Email: jgaleano@myglaw.com
Email: bletcher@myglaw.com
*Counsel for Plaintiff Brooke Wilson*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that a true copy of the foregoing notice was served upon Paul M. Bernhart and Susan E. Williams, Attorneys for Defendant, 77 N. Front Street, Columbus, Ohio 43215, via electronic transmission (pmbernhart@columbus.gov) and (sewilliams@columbus.gov) this 1st day of August, 2025.

/s/ Judith E. Galeano
Judith E. Galeano (0048366) Trial Attorney
Barbara K. Letcher (0046948) (Of Counsel)
*Attorneys for Plaintiff*

2