## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

**BROOKE WILSON,**

        **Plaintiff,**

  **vs.**

**CITY OF COLUMBUS,**

        **Defendant.**

**Case No. 2:22-cv-4427**

**Judge Michael H. Watson**

**Magistrate Judge S. Courter Shimeall**

### JOINT STATUS REPORT

The parties provide the following update in response to the Court's request to file a written joint status-report no later than April 6, 2026. (Doc # 91)

This case has settled, and the parties executed a written settlement setting forth the terms of the agreement and release of claims. Pursuant to the terms of the agreement, the settlement is contingent upon approval by Columbus City Council. Legislation has been submitted to Council for settlement approval and is scheduled to be on their agenda April 13, 2026. After Council approves the settlement, it can take approximately two weeks before settlement funds are disbursed. Plaintiff will file a dismissal, with prejudice, after receiving the settlement check. The parties will provide another written joint status-report by May 8, unless an appropriate entry of dismissal is filed prior to that date.

Respectfully submitted,

*/s/ Gregory. T. Shumaker* (per email consent)
Judith E. Galeano (0048366) Trial Attorney
Barbara K. Letcher (0046948) (Of Counsel)
Gregory T. Shumaker (0095552)
Mowery Youell & Galeano, Ltd

*/s/ Paul M. Bernhart*
Paul M. Bernhart (0079543) Trial Attorney
Meredith W. Shell-Ayer (0092471)
Assistant City Attorneys
City of Columbus, Department of Law

485 Metro Place South, Suite 220
Dublin, Ohio 43017
Phone: (614) 764-1444
Fax: (614) 760-8654
Email: jgaleano@myglaw.com
Email: bletcher@myglaw.com
Email: gshumaker@myglaw.com
Attorneys for Plaintiff
**ATTORNEYS FOR PLAINTIFF**

77 N. Front Street, Fourth Floor
Columbus, Ohio 43215
Phone: (614) 645-7385
Fax:  (614) 645-6949
Email: pmbernhart@columbus.gov
Email: mwshell@columbus.gov
**ATTORNEYS FOR DEFENDANT**

## Certificate of Service

I hereby certify that a copy of the foregoing Joint Status Report has been served on all counsel of record by operation of this Court's electronic filing system, this 6th day of April 2026.

/s/ *Paul M. Bernhart*
Paul M. Bernhart (0079543)

2